Richard H. Moore *v.* City of New Britain

The motion by the defendant that the judgment of the Court of Common Pleas in Hartford County be set aside and the case be remanded with direction to dismiss the appeal to that court for want of jurisdiction is denied.

*Steven E. Perakos,* for the appellant (defendant).

*Wallace R. Burke,* with whom was *Maxwell Heiman,* for the appellee (plaintiff).

Argued April 14—decided April 14, 1964

State of Connecticut *v.* Alfred Kolfus

Davis W. Ganim having applied for permission to withdraw as counsel for the defendant, the matter is remanded to the Superior Court in Fairfield County for the determination of the merits of the application, and to take such action as the circumstances warrant, in the light of *Douglas* v. *California,* 372 U.S. 353, 83 S. Ct. 814, 9 L. Ed. 2d 811.

*Davis W. Ganim,* pro se, the applicant.

Argued May 5—decided May 5, 1964

Otto J. Saur, State's Attorney, ex rel. E. M. J. Corporation *v.* William Guarnieri, Building Inspector of the Town of Norwalk

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Robert A. Slavitt,* for the appellee (plaintiff).

*Edward J. Zamm,* deputy corporation counsel, for the appellant (defendant).